Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | KellyBain Events, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The LCF Group, Inc. Legal Department 3000 Marcus Avenue, Suite 2W15 New Hyde Park, NY 11042 | legal@thelcfgroup.com | | Contingent Unliquidated Disputed | $170,604.80 | $40,200.00 | $130,404.80 |
| Retail Capital LLC d/b/a Credibly 1501 Fountainhead Pkwy, Suite 630 Tempe, AZ 85282 | | | Contingent Unliquidated Disputed | $99,035.83 | $0.00 | $99,035.83 |
| Patty Echols Design Services 3939 Fantasia Lane Dallas, TX 75229 | | Services | | | | $35,165.00 |
| ODK Capital, LLC 4700 W Daybreak Pkwy Ste 200 UT 84009-5133 | | | Contingent Unliquidated Disputed | | | $19,149.00 |
| BlueVine Inc. 30 Montgomery St., Ste. 1400 Jersey City, NJ 07302 | | | Contingent Unliquidated Disputed | Unknown | $0.00 | Unknown |
| Brightview Landscaping Services, Inc. CT Corporation System 1999 Bryan St., Suite 900 Dallas, TX 75201-3136 | | Alleged Services Provided | Contingent Unliquidated Disputed | | | $0.00 |