



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 10, 2025**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KELLYBAIN EVENTS, LLC[1] | § | Case No. 25-44338-mxm11 |
| | § | |
| Debtors. | § | Jointly Administered |

**ORDER GRANTING DEBTORS'
EMERGENCY MOTION FOR JOINT ADMINISTRATION**

CAME ON FOR HEARING the *Debtors' Emergency Motion for Joint Administration* (the "Motion") filed by Laurel Events, LLC ("Events"), WOC Events Grapevine, LLC ("Grapevine"), and KellyBain Events, LLC ("Boxwood," and collectively with Laurel and Grapevine, the "Debtors"), the debtors and debtors-in-possession in the above-captioned bankruptcy cases (the "Bankruptcy Cases"). Finding that notice and service of the Motion and the hearing thereon were sufficient and appropriate under the circumstances, and, based on the record at the hearing, that

---

[1] The Debtors in these chapter 11 bankruptcy cases, along with the last four digits of their federal tax identification number are: Laurel Events, LLC (6782); and WOC Events Grapevine, LLC (7344); and KellyBain Events, LLC (7171). The Debtors' mailing address is: 1804 Market Center Blvd., Dallas, Texas 75207

the relief requested in the Motion is lawful, appropriate, and necessary to prevent immediate and irreparable harm, and is in the best interest of the estate, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the above captioned cases be and hereby are jointly administered by this Court for procedural purposes only, and nothing contained in this Order shall be deemed or construed as directing a substantive consolidation of the above-captioned cases; it is further

ORDERED that all orders, pleadings, papers, documents, and separate monthly operating reports on a per Debtor basis, except proofs of claim, lists, schedules, and statements shall be filed and docketed in case number 25-44313-mxml11 (the "Lead Case"); it is further

ORDERED that all proofs of claim shall be filed and docketed under the case number representing the estate in which the claim is made, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate; it is further

ORDERED that all lists, schedules, and statements shall be filed and docketed in the specific case for which they are applicable; it is further

ORDERED that all pleadings, papers, and documents filed in the Lead Case shall bear the caption as shown in Exhibit A (attached), and that such caption shall satisfy the requirements set forth in section 342(c)(1) of the Bankruptcy Code; it is further

ORDERED that in the event that any of these cases have been assigned to separate judges, all such cases shall be transferred to the judge assigned to the Lead Case; it is further

ORDERED that the Clerk of Court shall file a copy of this order in the Lead Case and in each of the member cases; it is further

- 3 -

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the enforcement, implementation, and interpretation of this Order.

# # # END OF ORDER # # #

Submitted by:

Thomas D. Berghman
Texas Bar No. 24082683
Jacob J. King
Texas Bar No. 24136951
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard St., Ste. 4000
Dallas, TX 75201
Telephone:   (214) 855-7500
E-mail:   tberghman@munsch.com
          jking@munsch.com

**PROPOSED COUNSEL FOR THE DEBTORS
AND DEBTORS-IN-POSSESSION**

**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WOC EVENTS GRAPEVINE, LLC[2] | § | Case No. 25-44313-mxm11 |
| | § | |
| Debtors. | § | Jointly Administered |

---

[2] The Debtors in these chapter 11 bankruptcy cases, along with the last four digits of their federal tax identification number are: Laurel Events, LLC (6782); and WOC Events Grapevine, LLC (7344); and KellyBain Events, LLC (7171). The Debtors' mailing address is: 1804 Market Center Blvd., Dallas, Texas 75207

4899-8567-1543v.1